# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KEITH RUSSELL JUDD,

    Petitioner,

v.                                CASE NO. 4:10cv91-RH/WCS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 4) and the objections (documents 6 and 7). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The case is dismissed." The clerk must close the file.

SO ORDERED on April 19, 2010.

                                            s/Robert L. Hinkle
                                            United States District Judge